*Friday, July 24, 1992*
## MOTION DOCKET

**92–1282.** State ex rel. Gee v. Brown. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's request for an alternative writ,

IT IS ORDERED by the court that said request for an alternative writ be, and the same is

hereby, denied, effective July 23, 1992.

MOYER, C.J., not participating.

## MISCELLANEOUS DISMISSALS